UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Cheryl Land                                    Case No.: 11-
Last Four Digits of SS# -7969

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ 253.46      for months   1    to   59   ;
B.  $ 14,264.78   for month       60         ;
C.  $             for months       to        ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,175.00 ($3,650 + $525.00 MTV)    TOTAL PAID $ 1,000.00
                Balance Due  $ 3,175.00   payable $ 132.29   /month (Months  1  to  24 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____       Arrearage on Petition Date $ _____
Account No: _____       Arrears Payment     $ _____ /month (Months _____ to _____ )
_____                Regular Payment     $ _____ /month (Months _____ to _____ )

2. _____       PAY-OFF TOTAL $ _____ payable $ _____ /month (Months _____ to _____ )
Account No: _____       [payment includes % interest for total payments of $]

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Teachers Federal Credit Union<br><br>Acct...0300 and Acct...2800 and...0200 under any applicable cross-collateralization agreements | 2002 Honda Odyssey 90,873<br><br>$5,200.00 | 5 % | $98.13 | 1 To 60 | $5,887.80 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $ _____
                           Payable  $ _____ /month (Months _____ to _____ )

Unsecured Creditors: Pay $ 132.29      /month (Months  25  to  59  )
                     $ 12,869.85       /month (Month      60       ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:   Debtor surrenders property(85 Fairharbor Drive, Patchogue, NY 11772) securing Chase Home Finance, LLC/JPMorgan Chase Bank, NA(acct...5142), Suffolk County Tax Collector, and Fairharbor Owners, Inc.  Savanna Club HOA and St. Lucie County Tax Collector to be paid directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _/s/ signature_____
Debtor
Date: 2/4/11

LF-31 (rev. 01/08/10)